IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR258 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE BRACHA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reduction of sentence pursuant to Amendment 782 of the Sentencing Guidelines (Filing No. 136). The Court notes defendant has been released from custody (Filing No. 143). In any event, the amendment did not take effect until November 1, 2015, and defendant commenced his term of supervised release on October 13, 2015. Accordingly,

IT IS ORDERED that defendant's motion for reduction of sentence is denied as moot.

DATED this 21st day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court